# FORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO & TERRANA, LLP

COUNSELORS AT LAW

THE OMNI
333 EARLE OVINGTON BLVD., SUITE 1010
UNIONDALE, NEW YORK 11553
TELEPHONE: (516) 248-1700
FACSIMILE: (516) 248-1729

WEBSITE: WWW.FORCHELLILAW.COM

**GREGORY S. LISI**
GLISI@FORCHELLILAW.COM

September 1, 2017

**VIA ECF**
Honorable James C. Francis, U.S.M.J.
United States District Court,
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, NY 10007

>   Re:   Jose Villegas v. 2645 Meat Corp. and Anthony Fernandez
>         Plaintiff's Motion to Enforce Settlement Agreement
>         Case No.: 16-cv-9111(JCF)

Dear Judge Francis:

   This firm represents defendants, 2645 Meat Corp. d/b/a Associated Supermarket and Anthony Fernandez (collectively "Defendants") in the above-referenced matter. Our office is unable to respond to Plaintiff's pending motion requesting leave to enforce the settlement agreement entered between the parties [DE24] because we have been unable to contact our client. As detailed in our order to show cause to be relieved as counsel [DE27], we have not had any meaningful contact with our client since on or about June 14, 2017, despite our repeated phone calls, text messages, emails and letters. After this Court denied our request to be relieved as counsel [DE29], and granted our request for an extension of time to respond to Plaintiff's motion [DE31], my office has attempted to reach our client by email, text messages, and phone calls on approximately five separate occasions to advise him of the Court's Order and to discuss his response to Plaintiff's motion. Our client has not responded. Accordingly, our office is unable to prepare a response to Plaintiff's pending motion because despite our repeated attempts to discuss Plaintiff's motion with our clients, we have been unable to confer with our clients to determine any potential defenses.

Respectfully submitted,

Gregory S. Lisi

cc: David Stein, Esq., *via ECF*